```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PIM SHIH,

                        Plaintiff,

      - against -

THE BROADWAY LEAGUE,

                        Defendant.
------------------------------------------------------------X

23-CV-8035 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 8, 2024, Defendant filed a letter requesting leave to file a motion to dismiss for failure to state a claim. If Plaintiff wishes to respond to his letter, he shall file the letter no later than January 22, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1