```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PIM SHIH,

                        Plaintiff,

       - against -

THE BROADWAY LEAGUE,

                       Defendant.
------------------------------------------------------------X

23-CV-8035 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On March 5, 2024, Plaintiff filed a motion for summary judgment and injunctive relief. (Dkt. 18.) A summary judgment motion at this juncture is premature and procedurally improper. Additionally, Plaintiff did not file a pre-motion letter or the documents that must accompany a motion for summary judgment such as a statement of material facts pursuant to Local Rule 56.1. In any event, the motion is denied without prejudice to a later motion at the appropriate juncture. Plaintiff is reminded that their response to Defendant's motion to dismiss (Dkt. 17) shall be filed no later than March 21, 2024. The Clerk of Court is directed to terminate the motion at Dkt. 18.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: March 7, 2024
       New York, New York

Copies transmitted this date to all counsel of record.