UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                        :

PIM SHIH,                                                         :
                                                         :

                           Plaintiff,       :

                                                         :        23 Civ. 8035 (JPC) (RWL)

          -v-                          :

                                                         :           <u>ORDER</u>

THE BROADWAY LEAGUE,                                  :

                           Defendant.     :

                                                         :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        After this Court entered its Order earlier today adopting the Report and Recommendation of the Honorable Robert W. Lehrburger ("R&R"), Plaintiff Pim Shih informed the Court that he attempted to submit objections to the R&R on August 26, 2024, by sending them to the Clerk's Office for filing.  The Court was just advised that, although the Clerk's Office received an email from Plaintiff attaching purported objections to the R&R on August 26, 2024, the attachment was not filed on the docket because the document was considered malformed.  The Court has now received Plaintiff's objections and has arranged for them to be filed on the docket.  Because it appears that Plaintiff attempted to submit his objections prior to the fourteen-day deadline to do so, the September 5, 2024 Order at Docket Number 23 is vacated, and the Court will consider Plaintiff's objections to the R&R as timely submitted.

        SO ORDERED.

Dated:  September 5, 2024
          New York, New York                                  _____
                                                       JOHN P. CRONAN
                                             United States District Judge