UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PIM SHIH,

                        Plaintiff,                  23 **CIVIL** 8035 (JPC)(RWL)

        -against-                            **JUDGMENT**

THE BROADWAY LEAGUE,

                        Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 8, 2025, the Court adopts the Report & Recommendation in its entirety and dismisses the Amended Complaint with prejudice pursuant to Rule 12(b)(6) for failure to state a claim. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:** New York, New York
        July 9, 2025

                                     **TAMMI M. HELLWIG**
                                _____
                                      **Clerk of Court**

                **BY:**          _____
                                     **Deputy Clerk**